**COM.**

v.

**LAGARES, F., III**

**910 MDA 2016**

Superior Court of Pennsylvania.

03/27/2017

CP–67–CR–0008023–2014 (York)

Affirmed

■

**COM.**

v.

**CASTAPHENY, S.**

**269 WDA 2016**

Superior Court of Pennsylvania.

3/27/2017

CP–11–CR–0001309–2015
(Cambria)

Affirmed

■

**BOBACK, C.**

v.

**ROSS, J.**

**240 WDA 2016**

Superior Court of Pennsylvania.

03/27/2017
Reargument Denied 6/6/2017

AR–13–004860
(Allegheny)

Affirmed/Remanded

■

**COM.**

v.

**OWENS, L.**

**1054 WDA 2016**

Superior Court of Pennsylvania.

03/27/2017
Reargument Denied 5/15/2017

CP–43–CR–0000920–2015
(Mercer)

Affirmed